Jason W. Estavillo (Bar No. 188093)
Chioma Chuks-Orji (Bar No. 338684)
ESTAVILLO LAW GROUP
426 17th Street, Suite 200
Oakland, California 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002
Email: jason@estavillolaw.com
       chioma@estavillolaw.com

Attorney for Dung Bui

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG BUI, | Case No.: 3:23-cv-01779-TLT |
| Plaintiff, | **[PROPOSED]** ORDER ON DISMISSAL |
| vs. | |
| CENLAR CAPITAL CORPORATION; CITIBANK, N.A.; and DOES 1-10, inclusive, | |
| Defendants. | |

## **ORDER**

The Court, having considered Plaintiff Dung Bui and Defendants Citibank N.A. and Cenlar FSB's (together, "Defendants") Stipulated Request to Dismiss case for the best interest on Parties, and for good cause showing, hereby orders as follows:

- The case be dismissed without prejudice with each side bearing its own cost and fees.
- The ordered Initial Case Management Conference and the briefing scheduled be vacated by the reason of the recent development on the case.

**IT IS SO ORDERED.**

DATED: July 6, 2023           By: _____

Judge of the California District Court

Estavillo Law Group
426 17th Street, Suite 200
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

*Bui v. Cenlar Capital Corporation, et al.*                    *Proposed* Order on Dismissal

1